# 1018

## (November 23, 1962)

In decisions nos. 1-7: Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

■ (A) In the Matter of the Claim of ODIS PRUITT, Appellant, v. BIALO OF PARIS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of the Claim of ALEXANDER DOUDS, Appellant, v. BUFFALO STATE HOSPITAL et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (C) In the Matter of the Claim of WILLIAM A. VOIGHT, Appellant, v. F. BEARDSLEY BERGAMINI et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (D) In the Matter of the Claim of WILLIAM KEINETH, Appellant, v. SPEED PRODUCTS Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (E) In the Matter of the Claim of JOSEPHINE MACARI, Appellant, v. NEW YORK MID-HUDSON TRANS-CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Motion to dismiss appeal granted by default, without costs.

■ (A) In the Matter of the Claim of LILA BESTREICH, Appellant, v. LARRY & HAL SERVICE CENTER, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) RAYMOND GIROUX, Respondent, v. KNICKERBOCKER DRIVEURSELF, INC., Appellant. (C) WILLIAM W. AARONSON, as Administrator, Respondent, v. STATE OF NEW YORK.— [In each action] Appeal dismissed, without costs, unless appellant shall file and serve records, briefs and notes of issue for the March 1963 Term on or before February 1, 1963, in which event motion denied.

■ (A) EDMUND V. PICCIOTTI, Appellant, v. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILKEN MCCREA, Appellant, v. NEW YORK STATE BOARD OF PAROLE, Respondent. (C) In the Matter of the Claim of MERNA PRICE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— [In each action] Permission to prosecute appeal as poor person granted. Appeal may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR A. WANNAMAKER, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR A. WANNAMAKER, Appellant.— [In each action] Permission to prosecute appeal as poor person granted. Appeal may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Motion in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEOPHILUS WARD, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for reargument denied.

■ GENIE HART, Appellant, v. LAKE VIEW COLONY ASSOCIATION, INC., Respondent.— Decision of November 2, 1962, amended to read as follows: Appeal dismissed, without costs, unless appellant shall file and serve record, brief and note of issue for the January 1963 Term on or before December 1, 1962, in which event the motion is denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROY SCHUSTER, Petitioner, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— Petition for appointment of counsel denied.